# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Trujilo v. Davol, Inc., et al.*
Case No. 2:20-cv-252

## ORDER

On February 12, 2018, Plaintiff Alberto Trujilo filed a complaint in the Rhode Island Superior Court under Case No. PC-2018-0918. (ECF No. 3-1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a 3D Max Mesh. (*Id.*) On January 16, 2020, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by a 3D Max Mesh. (ECF No. 1.) On May 17, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. PC-2018-0918. (ECF No. 3.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

IT IS SO ORDERED.

**6/20/2023**
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**